UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIP QUOW and CLYDE REAVES, on
behalf of themselves and all other persons
similarly situated,

                        Plaintiffs,     :     15cv9852

          -against-     :     <u>SCHEDULING ORDER</u>

ACCURATE MECHANICAL, INC., JOHN
O'SHEA, and DANIAL REILLY,

                        Defendants.
-----------------------------------------------------------X

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/13/16]

WILLIAM H. PAULEY III, District Judge:

       The parties having appeared before this Court on April 13, 2016, the following schedule is entered on consent:

(1) Plaintiffs shall file their motion to certify a collective action by May 17, 2016;

(2) Any opposition shall be filed by June 1, 2016;

(3) Any reply shall be filed June 8, 2016;

(4) The parties shall appear for oral argument on June 10, 2016 at 10:30 a.m.

(5) The parties shall complete all discovery by November 15, 2016;

(6) The parties shall submit a joint pre-trial order by December 16, 2016; and

(7) The parties shall appear for a final pre-trial conference on January 20, 2017 at 10:30 a.m.

Dated: April 13, 2016
       New York, New York

                                              SO ORDERED:

                                              _____
                                                  WILLIAM H. PAULEY III
                                                         U.S.D.J.

*Copies to all Counsel of Record via ECF.*