UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
PHILIP QUOW and CLYDE REAVES, on : 
behalf of themselves and all other persons :
similarly situated, :
: 15cv9852
  Plaintiffs, :
: ORDER OF REFERENCE
  -against- :
:
ACCURATE MECHANICAL, INC., JOHN :
O'SHEA, and DANIAL REILLY, :
:
  Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, District Judge:

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

================================================================================

DATED:   February 3, 2017
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.