**MEMO ENDORSED**

# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

May 24, 2017

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. William H. Pauley III, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

  Re: <u>Quow and Reaves v. Accurate Mechanical Inc., et al.</u>
    *Docket No. 15-CV-9852 (WHP)*

Dear Judge Pauley:

  We represent plaintiffs in the above-referenced matter and write with the consent of defendants' counsel, Kristopher Dennis, Esq., to <u>request a second, 30-day adjournment of the deadline for submission of the parties' proposed Class Certification Stipulation and Class Notice (and supporting papers)</u>, which presently is due tomorrow.

  The reason for our request is that, as we previously wrote to the Court, the parties participated in a second in-person settlement conference before Magistrate Judge Parker last Monday (May 15), at which time a class-wide settlement in principle was reached and was memorialized in a term sheet that was executed by the parties. The parties agreed to formalize the settlement agreement over the next 30 days and to then submit the same to Your Honor, along with the motion for class certification, for review and (hopefully) preliminary approval. In light of the foregoing, we respectfully request this second extension of time to file the requisite papers with the Court.

  We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

              Very truly yours,

              David Stein

Application granted.

SO ORDERED:

*[signature]*  5/30/17
WILLIAM H. PAULEY III
U.S.D.J.