# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

November 8, 2017

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

Re:   **Quow and Reaves v. Accurate Mechanical Inc., et al.**
      *Docket No. 15-CV-9852 (KHP)*

Dear Magistrate Judge Parker:

      We represent plaintiffs in the above-referenced matter and write jointly with defendants' counsel, Kristopher Dennis, Esq., pursuant to Your Honor's instruction during the October 26 telephone conference, to apprise the Court about the status of settlement discussions. As the Court will recall, there were two remaining sticking points – (1) the procedure and timing by which defendants could challenge the duration of a claimant's employment; and (2) whether claims notices would list specific amounts owed to each claimant. We are pleased to report that the parties have reached agreement as to both matters.

      Now, we must modify and finalize the written settlement agreement, obtain parties' signatures thereon, and prepare a motion for conditional certification and for preliminary approval and class notice. Because we have three upcoming trials in the Southern District, we respectfully request until December 20 to submit our papers.

      We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Very truly yours,

David Stein

cc:   Keith Lavallee, Esq. (via ECF)
      Kristopher Dennis, Esq. (via email)