# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

December 20, 2017

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2017

Re:   **Quow and Reaves v. Accurate Mechanical Inc., et al.**
      *Docket No. 15-CV-9852 (KHP)*

**MEMO ENDORSED**

Dear Magistrate Judge Parker:

We represent plaintiffs in the above-referenced matter and write with the consent of defendants' counsel, Kristopher Dennis, Esq. As the Court is aware, the Court set today as the date for the filing of plaintiffs' motion for preliminary approval of the class and collective action settlement in this case.

Although the motion papers are ready, we are still attempting to obtain the remaining parties' signatures on the settlement agreement, as well as defendants' final approval of the allocation chart. While we would ordinarily seek only a short extension, because of the impending holidays, we respectfully request an additional three weeks to complete and file the papers, so that we can avoid the necessity of seeking a subsequent extension if parties are unavailable during this time period.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Very truly yours,

David Stein

cc:   Keith Lavallee, Esq. (via ECF)
      Kristopher Dennis, Esq. (via email)

**APPLICATION GRANTED:** The date for plaintiffs to file motion for preliminary approval of the class and collective action settlement in the case is hereby extended to January 11, 2018.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
12/21/2017