# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

January 10, 2018

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2018
```

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    <u>Quow and Reaves v. Accurate Mechanical Inc., et al.</u>
             *Docket No. 15-CV-9852 (KHP)*

Dear Magistrate Judge Parker:

    We represent plaintiffs in the above-referenced matter. We wrote to Your Honor on December 20 and informed the Court that although plaintiffs' motion for preliminary approval of the class and collective action settlement in this case was ready to be filed, we still did not have a final, fully-executed settlement agreement. We therefore requested a three-week extension of time (because of the upcoming holidays) to file plaintiffs' moving papers; as a result of that extension, those papers are due tomorrow. Unfortunately, as has been the case at other junctures during this litigation, defendants have not been communicating with us, and, therefore, we do not yet have a fully-executed settlement agreement to submit with our approval papers.

    At defendants' request, we sent them a slightly-modified settlement agreement back on December 20. Despite our having attempted on multiple occasions to find out the status of the agreement, defendants still have not responded to our inquiries, other than a January 8 email from defendants' counsel, informing us that "[b]oth my client and I were away for the holidays and they are back sometime today. I will coordinate with you after I speak with them." We have attempted to follow up via email and telephone, but have heard nothing from them. Because our papers are due tomorrow, we did not feel that we could wait any longer to write to the Court.

    When we requested the three-week extension on December 20, we had hoped to avoid the necessity of seeking a subsequent extension, but it appears that defendants have done nothing with the agreement since that time. Therefore, we respectfully request a second brief extension of time – until January 24 – to file our class approval papers.

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Hon. Katharine H. Parker, U.S.M.J.
January 10, 2018
Page 2 of 2

                                                Respectfully submitted,

                                                David Stein

cc:    Keith Lavallee, Esq. (via ECF)
        Kristopher Dennis, Esq. (via email)

**APPLICATION GRANTED**

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.
**01/11/2018**