UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PHILIP QUOW et al.,

                        Plaintiffs,

    -against-

ACCURATE MECHANICAL INC., JOHN O'SHEA, and
DANIEL REILLY

                        Defendants.

----------------------------------------------------------------X

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 01/30/2018**

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**1:15-CV-09852 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A telephone conference in this matter is scheduled for **Thursday, February 1, 2018 at 2:15 p.m.** to discuss plaintiff's motion for preliminary approval of class settlement (ECF #91).

    Counsel for the parties are directed to call Judge Parker's Chambers at 2:15 p.m. on February 1, 2018 with counsel for all parties on the line.  Please dial 212-805-0234.

SO ORDERED.

Dated: January 30, 2018
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge